IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | |
|---|---|
| BOBBI HARDISKY, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>PLAINTIFF,<br><br>V.<br><br>GATEWAY HEALTH, LLC, FORMERLY KNOWN AS GATEWAY HEALTH PLAN, LP,<br><br>DEFENDANT. | :<br>:<br>: Case No. 2:20-cv-01483-MPK<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF SETTLEMENT UNDER THE FAIR LABOR STANDARDS ACT AND DISMISSAL OF ACTION**

Named Plaintiff Bobbi Hardisky respectfully requests that the Court enter an Order, in the form attached hereto as Exhibit A, approving the Parties' Settlement Agreement as a fair and reasonable resolution of a *bona fide* dispute under the Fair Labor Standards Act. Defendant does not oppose this Motion and consents to entry of the Order.

As demonstrated in the accompanying Supporting Memorandum of Law, the Parties' settlement constitutes the resolution of a *bona fide* dispute between the parties and is the result of arm's-length negotiations, conducted by experienced counsel for all Parties, after litigating this case for over a year, and attending two full-day mediations with an experienced mediator. The terms of the settlement are reasonable, appropriate, and fair to all Parties.

As a result, Named Plaintiff respectfully requests that the Court approve the Settlement and permit the Parties to effectuate its terms using the forms and procedures set forth in their Agreement. Named Plaintiff also asks, consistent with the Agreement, that the Court appoint CAC

Services Group, LLC as the third-party Administrator and approve the following payments: (i) a Service Award to Named Plaintiff Hardisky in the amount of $4,000; (ii) Attorneys' Fees in the amount of $21,674.40; (iii) Plaintiffs' Litigation Expenses in an amount of $2,846.62; and (iv) estimated settlement administration fees to the Settlement Administrator in an amount of $1,363.86.

For these reasons and those stated in the accompanying Memorandum, the Named Plaintiff requests that the Court approve the Parties' Settlement Agreement.

| | |
|---|---|
| Dated:  November 10, 2021 | Respectfully submitted, |
| | By: /s/ Travis M. Hedgpeth |

Travis M. Hedgpeth –
travis@hedgepethlaw.com
(admitted *pro hac vice*)
**The Hedgpeth Law Firm, PC**
3050 Post Oak Blvd., Suite 510
Houston, Texas 77056
Tel: 281-572-0727
Fax: 281-572-0728

Joshua P. Geist - josh@goodrichandgeist.com
PA. I.D. No. 85745
**Goodrich & Geist, P.C.**
3634 California Ave.
Pittsburgh, PA 15212
Tel: 412-766-1455
Fax: 412-766-0300

Jack Siegel – jack@siegellawgroup.biz
(admitted *pro hac vice*)
**Siegel Law Group PLLC**
5706 E. Mockingbird Lane, Suite 115
Dallas, Texas 75206
Tel: 214-790-4454

**ATTORNEYS FOR PLAINTIFFS**